1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES JOHNSON,

11              Plaintiff,                    No. CIV S-06-1676 GEB KJM P

12        vs.

13   S.M. ROCHE, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant

17   to 42 U.S.C. § 1983.

18              By an order filed February 6, 2007, this court ordered plaintiff to complete and

19   return to the court, within thirty days, the summons, the USM-285 forms and copies of his

20   complaint which are required to effect service on the defendants.  On February 26, 2007,

21   plaintiff submitted the summons, but failed to submit three copies of the complaint and did not

22   submit the court's USM-285 form.

23              Accordingly, IT IS HEREBY ORDERED that:

24              1.  The Clerk of the Court is directed to send a copy of the complaint and two

25   blank USM-285 forms; and

26   /////

1

1          2.  Within thirty days, plaintiff shall submit to the court the three copies of the

2  complaint and two completed USM-285 forms for defendants Roche and James required to

3  effect service.  Failure to return the copies within the specified time period will result in a

4  recommendation that this action be dismissed.

5  DATED:  March 30, 2007.

6  _____
   U.S. MAGISTRATE JUDGE

7

8  /mp
   john1676.8f

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26