IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JOHNSON,

      Plaintiff,                    No. CIV S-06-1676 GEB KJM P

   vs.

S.M. ROCHE, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prison inmate proceeding pro se with a civil rights action. On November 9, 2007 defendants filed a motion to compel, alleging that plaintiff had not responded adequately to their requests for production of documents and interrogatories. On November 21, 2007, plaintiff filed copies of a number of documents, plus answers to interrogatories, which were served on counsel for the defendants. Because it appears that plaintiff has responded, the motion is moot nor do sanctions seem warranted. If defendants deem these responses inadequate, they may file a further motion to compel within fifteen days of the date of this order.

/////

/////

//////

/////

1

1   IT IS HEREBY ORDERED that defendants' November 9, 2007 motion to compel
2  is denied without prejudice; any renewed motion should be filed within fifteen days of the date
3  of this order.
4  DATED: December 5, 2007.

_____
U.S. MAGISTRATE JUDGE

2
john1676.mtc