IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JOHNSON,

    Plaintiff,                    No. CIV S-S-06-1676 GEB KJM P

    vs.

S.M. ROCHE,

    Defendant.                 <u>ORDER</u>

_____/

        On May 15, 2008, this court recommended that the case be dismissed because of plaintiff's failure to respond to defendant's motion for summary judgment and to the court's order that plaintiff file an opposition or statement of non-opposition. Plaintiff has now filed an opposition to the motion for summary judgment.

        IT IS HEREBY ORDERED that:

        1. The findings and recommendations (docket no. 35) are vacated;

        2. Defendant's reply to the opposition, if any, is due within twenty-one days of the date of this order; and

/////

/////

/////

1

3. The dates set for pretrial statements, pretrial conference and trial set in the scheduling order (docket no. 14) are vacated in light of the pending motion for summary judgment, to be reset if necessary following its resolution.

DATED: June 23, 2008.

_____
U.S. MAGISTRATE JUDGE

john1676.vf&r