IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JOHNSON,

   Plaintiff,       No. CIV S-06-1676 GEB KJM P

 vs.

S.M. ROCHE,

   Defendant.      ORDER

_____/

   The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required, and make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: July 28, 2008.

_____
U.S. MAGISTRATE JUDGE

john1676.recuse

1